**In the Matter of GRAND JURY PROCEEDINGS (Grand Jury Empaneled June, 2000 in Springfield, Illinois).**

**No. 01–3215.**

United States Court of Appeals, Seventh Circuit.

Argued Sept. 19, 2001.

Decided Sept. 19, 2001.

Before Hon. BAUER, Hon. KANNE, and Hon. DIANE P. WOOD, Circuit Judges.

In accord with our ruling from the bench, IT IS ORDERED that the judgment of the district court is AFFIRMED. An opinion explaining our decision will follow in due course. The mandate shall issue forthwith.